**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| IN RE: | Andrew Joseph Hamilton<br>Lisa Gail Hamilton<br>*Debtors* | **MOTION TO EXTEND TIME TO FILE SCHEDULES AND OTHER REQUIRED DOCUMENTS** |

Case number: 09-50632

COMES NOW the Debtors, Andrew Joseph Hamilton and Lisa Gail Hamilton, by counsel, pursuant to Rule 1007 of the U.S. Bankruptcy Rules, and move the Court to enter an Order granting an extension for the purpose of filing the debtors' Statement of Financial Affairs, Schedules A-J, Summary, Attorney Disclosure Statement, Form 22C, Chapter 13 Plan, and other required documents, in support of which the debtors state as follows:

1. Debtors and Debtors' counsel need additional time in order to properly complete the schedules and prepare a Chapter 13 plan.

WHEREFORE, Debtors move the Court to enter an Order granting an additional time period in which to file the Statement of Financial Affairs, Schedules A-J, Summary, Attorney Disclosure Statement, Form 22C, Chapter 13 Plan, and other required documents.

/s/ Roland S. Carlton, Jr.

Roland S. Carlton, Jr., Esq.
CARLTON LEGAL SERVICES, P.L.C.
118 MacTanly Place
Staunton, VA   24401
(540) 213-0547
V.S.B. #34138

CERTIFICATE

I, Roland S. Carlton, Jr., do hereby certify that a true and accurate copy of this Motion to Extend Time to File Schedules and Other Required Documents was delivered by ECF on May 15, 2009 to:

>Herbert L. Beskin, Esq., Trustee
>P. O. Box 2103
>Charlottesville, VA   22901

>/s/ Roland S. Carlton, Jr.
>Roland S. Carlton, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

IN RE:      Andrew Joseph Hamilton                **NOTICE OF HEARING**
                 Lisa Gail Hamilton
                    *Debtors*                         Case number:   09-50632

PLEASE TAKE NOTICE that the undersigned will, on July 1, 2009, at 2:00 p.m., or as soon thereafter as counsel may be heard, at the Courthouse of the Federal District Court, 116 North Main Street, Harrisonburg, Virginia, move the Court to enter an Order pursuant to the which is attached to this notice and incorporated herein by reference.

    Please govern yourself accordingly.

                                      /s/ Roland S. Carlton, Jr.
                                      Counsel

Roland S. Carlton, Jr., Esq.
CARLTON LEGAL SERVICES, P.L.C.
118 MacTanly Place
Staunton, VA   24401
V.S.B. 34138

## CERTIFICATE

I, Roland S. Carlton, Jr., do hereby certify that a true and accurate copy of this Notice of Hearing was delivered by ECF on May 15, 2009 to:

                                      Herbert L. Beskin, Esq., Trustee
                                      P. O. Box 2103
                                      Charlottesville, VA   22901


                                      /s/ Roland S. Carlton, Jr.
                                      Roland S. Carlton, Jr.